**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Anthony Earl Foreman v. The State of Texas

Appellate case number:    01-14-00130-CR
                          01-14-00131-CR
                          01-14-00132-CR

Trial court case number:  09-CR-0463
                          09-CR-0532
                          09-CR-1892

Trial court:              56th District Court of Galveston County

Appellant's counsel in these cases has filed a motion to withdraw and a brief stating there are no arguable grounds for appeal, based on *Anders v. California*, 386 U.S. 738 (1967).

Appellant has a right to respond to counsel's motion. Pursuant to *Kelly v. State*, No. PD-0702-13, 2014 WL 2865901 (Tex. Crim. App. June 25, 2014), we direct the Clerk of this Court to send, at no cost to appellant, a complete copy of the appellate records so that appellant may respond to the *Anders* brief.

Appellant has 30 days from the date of this order to file a pro se response, if any, to the *Anders* brief and motion to withdraw filed by appellate counsel on June 6, 2014.

It is so ORDERED.


Judge's signature: /s/ Rebeca Huddle
                   ☒ Acting individually    ☐ Acting for the Court


Date: July 31, 2014